AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vilardo, Lawrence J. | United States District Court Western District of New York | 5/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Canisius College |
| 2. | Director | Desmond Law Society of Canisius College |
| 3. | Co-Trustee | Family Trust (no reportable assets) |
| 4. | President | FWGA Corporation |
| 5. | Member | Canisius High School President's Advisory Council |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Continued to pay ▮▮▮▮ COBRA Health Insurance to my former law firm, now known as Connors, LLP |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 5/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | April 10 - 12, 2017 | Durham, NC | Moot Court Competion | Hotel, meals, and travel expenses |
| 2. | Federal Bar Council | May 9 - 10, 2017 | New York, NY | Annual Law Day Dinner | Hotel, meals, and travel expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 5/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass Mutual Financial Group - Universal Life Insurance I | E | Int./Div. | N | T | | | | | |
| 2. John Hancock Whole Life | A | Dividend | | | Redeemed | 07/19/17 | K | E | |
| 3. John Hancock Whole Life | A | Dividend | K | T | | | | | |
| 4. Rental Property Town of Tonawanda, New York | D | Rent | M | R | | | | | |
| 5. M&T Bank Account | A | Interest | L | T | | | | | |
| 6. RBC Bank Account | A | Interest | J | T | | | | | |
| 7. TD Ameritrade FDIC Insured Deposit Money MarketAccount | A | Interest | J | T | | | | | |
| 8. First Trust Mid-Cap Index | A | Dividend | | | Sold | 03/09/17 | J | B | |
| 9. First Trust Small Cap Index | A | Dividend | | | Sold | 03/09/17 | J | A | |
| 10. Ishares IBOXX Inv Grd Bond | B | Dividend | K | T | Sold (part) | 03/09/17 | J | A | |
| 11. | | | | | Sold (part) | 06/27/17 | K | A | |
| 12. I Shares US Preferred Stock | A | Dividend | J | T | Sold (part) | 01/26/17 | J | A | |
| 13. | | | | | Sold (part) | 03/09/17 | J | A | |
| 14. Ishares JPM US Emerging Markets Bond | A | Interest | J | T | Sold (part) | 11/20/17 | J | A | |
| 15. | | | | | Sold (part) | 12/18/17 | J | A | |
| 16. Ishares National AMT-Free Muni Bond | A | Interest | J | T | Sold (part) | 03/09/17 | J | A | |
| 17. | | | | | Sold (part) | 11/12/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/18/17 | J | A | |
| 19. Schwab US Large Cap | B | Dividend | L | T | Sold (part) | 01/26/17 | K | B | |
| 20. | | | | | Sold (part) | 03/09/17 | K | C | |
| 21. | | | | | Sold (part) | 06/27/17 | K | C | |
| 22. | | | | | Sold (part) | 10/23/17 | K | C | |
| 23. Vanguard Mortgage Backed Securities | A | Dividend | | | Sold | 10/23/17 | K | A | |
| 24. Vanguard REIT Index | A | Dividend | J | T | Sold (part) | 01/26/17 | J | A | |
| 25. | | | | | Sold (part) | 03/09/17 | J | A | |
| 26. | | | | | Sold (part) | 12/18/17 | J | A | |
| 27. Vanguard Crsp US Mid Cap | A | Dividend | K | T | Sold (part) | 03/09/17 | J | A | |
| 28. | | | | | Sold (part) | 06/27/17 | J | A | |
| 29. | | | | | Sold (part) | 10/23/17 | J | B | |
| 30. Vanguard Small Cap | A | Dividend | K | T | Sold (part) | 03/09/17 | J | A | |
| 31. | | | | | Sold (part) | 06/27/17 | J | A | |
| 32. | | | | | Sold (part) | 10/23/17 | J | B | |
| 33. Vanguard FTSE Developed Markets | B | Dividend | K | T | Sold (part) | 01/26/17 | J | A | |
| 34. | | | | | Sold (part) | 03/09/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/27/17 | J | A | |
| 36. | | | | | Sold (part) | 10/23/17 | J | A | |
| 37. Vanguard Emerging Markets | A | Dividend | J | T | Sold (part) | 06/27/17 | J | A | |
| 38. | | | | | Sold (part) | 10/20/17 | J | A | |
| 39. I Shares Jpm USD Emer Mkt Bond | A | Interest | K | T | | | | | |
| 40. Schwab US Large Cap | A | Dividend | O | T | | | | | |
| 41. Vanguard FTSE Developed Mkts | A | Dividend | M | T | | | | | |
| 42. Vanguard S/T Inflation Protected | A | Dividend | L | T | | | | | |
| 43. Vanguard S/T Corp Bond | A | Interest | K | T | | | | | |
| 44. Vanguard Mortgage Backed Sec | A | Dividend | L | T | | | | | |
| 45. Vangaurd REIT | A | Dividend | K | T | | | | | |
| 46. Vanguard CRSP US Mid Cap | A | Dividend | L | T | | | | | |
| 47. Vanguard Small Cap | A | Dividend | M | T | | | | | |
| 48. First Trust Large Cap Core Alphadex | A | Dividend | K | T | | | | | |
| 49. First Trust Small Cap Core Alphadex | A | Dividend | K | T | | | | | |
| 50. Ishares IBOXX Investment Grade Bonds | A | Interest | M | T | | | | | |
| 51. Ishares US Preferred Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares High Yield | A | Interest | K | T | | | | | |
| 53. Vanguard Emerging Markets | A | Dividend | L | T | | | | | |
| 54. First Trust Large Cap Alphadex | A | Dividend | K | T | | | | | |
| 55. First Trust Mid Cap Core Alphadex | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 5/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.  Positions.
   Line 3.  Co-Trustee - Family Trust (No Reportable Assets).


VII.  Investments and Trusts.
   Line 4. Rental Property purchased 3/31/2009, purchase price $171,500.

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 5/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence J. Vilardo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544